UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20335-CIV-GOLD/MCALILEY

JOSE GUILLERMO FLORES, and all others
similarly situated under 29 U.S.C. § 216B,

    Plaintiff,
v.

LABOR GROUP CORP. and GEORGE
L. CASTELLANOS,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT [DE 21]

This CAUSE is before the Court on Plaintiff's Motion for Default **[DE 21]**. The Court previously issued an Order to Show Cause **[DE 22]** on February 25, 2010. Therein Defendant Mr. Castellanos was given a final opportunity to defend this action. Having reviewed the case file, which indicates Mr. Castellanos has failed to respond to this Court's Order **[DE 22]**, it is hereby

ORDERED and ADJUDGED that

1. The Clerk is directed to enter DEFAULT against Defendants.
2. All pending Motions are denied as MOOT.
3. Plaintiffs shall move for final default judgment on or before **April 2, 2010.**
4. This case is administratively CLOSED.

CASE NO.: 09-20335-CIV-GOLD/MCALILEY

DONE and ORDERED in Chambers in Miami, Florida, this 4th day of March, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Chris M. McAliley

From Chambers via U.S. Mail:

George L. Castellanos
620 NW 137th Place
Miami, FL 33182